UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

BRANDEN E. MATTIER
    Plaintiff,

vs.

MASS. STATE POLICE, TROOPER
JOHN F. BANIK, FEDERAL
EXPRESS and UNKNOWN FED. EX
AGENT
    Defendants.

JURY TRIAL DEMANDED
C.A. NO.



---

## VERIFIED CIVIL ACTION COMPLAINT

### I.   Introduction

This is a civil action complaint filed by the Plaintiff against the Defendants for having conspired to violate his State and Federal Constitutional and Civil Rights, as well as conspiring to deny the Plaintiff Equal Protection of the Law. The Plaintiff seeks to have his rights declared and so adjudicated against the Defendants. The Plaintiff further seeks compensatory damages against the Defendants in their individual capacities.

### II.  Jurisdiction

This Court has subject matter jurisdiction to decide this federal diversity claim as the amount in damages sought exceeds that of $75,000.00.

III. Parties

1.   The Plaintiff, Branden E. Mattier (hereinafter "Mattier"), is a lawful resident of Massachusetts and currently resides at 133  Northampton Street, Apt. 402, Boston, MA 02118.

2.   The Defendant, Massachusetts State Police (hereinafter "State Police"), is a State agency responsible for the enforcement and protection of citizens' rights in Massachusetts. The State Police address is 250 Leverett Circle, Boston, MA 02108. The State Police are being sued in its official capacity.

3.   The Defendant, John F. Banik (hereinafter ("Banik"), is a State Police Trooper who did conspire with  FedEx and its unknown agent to violate  Mattier's rights. Banik's place of business is 250 Leverett Circle, Boston, MA 02108. Banik is being sued in both his individual and official capacities.

4.   The Defendant, Federal Express (hereinafter "FedEx "), is a company that delivers packages and parcels of mail with a tracking and tracing system designed to increase, inter alia, accountability.  FedEx's legal department address is 3620 Hacks Cross Road, Bldg B, 3rd Fl., Memphis, TN 38125. FedEx is being sued in its official capacity.

5.   The Defendant, Unknown FedEx  employee (hereinafter "The Driver"), was responsible for delivering the parcel package to Mattier, and having conspired with Banik and State Police to violate Mattier's rights. The Driver's legal department address is 3620 Hacks Cross Road, Bldg B, 3rd Fl., Memphis, TN 38125. The Driver is being sued in his individual capacity.

6.   At all times relevant to this complaint the Defendants were acting under the color of Massachusetts State Laws.

IV.   Statement of Facts

7.   On July 1, 2013, the Defendant Banik and the Driver of FedEx did conspire to deliver to Mattier a doctored document not authorized by One Fund Boston, to be signed for by Mattier.

8.   Mattier was approached by unknown FedEx agent, The Driver, and signed for the doctored document with the tracking number 7961 1303 1030.

9.   The document suggested a check would be forthcoming from One Fund Boston in the amount of $2,194,000.00, and would arrive by federal express on July 2, 2013.

10.   On July 2, 2013, Banik did pose as a FedEx employee, using its image, property and likeness to effectuate the signing for the FedEx parcel, allegedly containing a check from One Fund Boston, with the tracking number 7961 3597 7682.

11.   However, One Fund Boston never authorized the issuance of said check, nor agreed to a check being doctored to resemble that of a One Fund Boston check.

12.   Upon signing for the package Mattier was arrested for fraud for attempting to defraud One Fund Boston, by Banik and other State Police officers.

V.   Causes of Actions

13.   The Defendants collectively and or individually did conspire to violate Mattier's constitutional and civil rights, as recognized under 18 U.S.C. § 241 and 42 U.S.C. § 1983.

14.   The Defendants collectively and or individually did conspire to deny Mattier equal protection of the laws of Massachusetts Constitution and the United States Constitution, as recognized under 42 U.S.C. § 1985(3).

## VI.   Prayers for Relief

Wherefore, the Plaintiff request the following be Adjudged and Declared:

a.   Declare the Defendants collectively and or individually did violate the Plaintiff's constitutional and civil rights as recognized under both the State and Federal Constitutions;

b.   Declare the Defendant Banik did conspire with Fed Ex to pose as a Fed Ex agent to deny the Plaintiff his constitutional right to be free from a unreasonable seizure when he was arrested;

c.   Declare the Defendants knowingly willfully violated the Plaintiff's equal protection of the law by conspiring to violate his constitutional and civil rights;

d.   Declare the Defendants collectively and or individually are liable to the Plaintiff for compensatory damages in the amount of $100,000.00 against each Defendant;

e.   Grant any other relief as seen fit by the Court;

f.   Grant attorney's fees and costs, and

g.   Jury Trial Demanded.


Respectfully submitted,
By the Plaintiff

Branden E. Mattier, pro se
133 Northampton St., Apt. 402
Boston, MA 02118

Date:                                                          **4**

## VERIFICATION OF FACTS

I, Branden E. Mattier, hereby verifies that the foregoing Facts
are true and accurate to the best of my personal knowledge,
and are hereby sworn to under the pains and penalties of perjury.

Branden E. Mattier, pro se