UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

BRANDEN E. MATTIER
    Plaintiff,

vs.                                           C.A. No. 1:13-cv-13245-NG

MASS. STATE POLICE, ET AL.
    Defendants.

## PLAINTIFF'S MOTION TO STRIKE NOTICE OF APPEARANCE AS IT PERTAINS TO FEDERAL EXPRESS CORP., AND AGENT MR. GREENE

Now comes the Plaintiff, pro se, moves this Honorable Court to Strike the Notice of Appearance by Helen Kazanjian, Assistant Attorney General for Massachusetts State Departments, officer and commission in all suits and other civil proceedings, who seeks to represent an out-of-state corporation, Federal Express and its agent Stephen Greene, in direct contravention of G.L.c. 12, § 3. See Secretary of Admin. & Fin. v. Attorney General, 367 Mass. 154, 158 (1974)(private corporation is "to be represented by their own counsel")(quoting Piccirilli Bros. v. Lewis, 282 PA. 328, 337 (1925)).

Wherefore, Plaintiff request that this motion to Strike be ALLOWED.

Respectfully submitted,
By the Plaintiff

/s/

Branden E. Mattier, pro se
P.O. Box 100
S. Walpole, MA 02071

Date: 27 Aug 14

CERTIFICATE OF SERVICE

I, hereby certify that I have caused the foregoing MOTION TO STRIKE to be served upon the Defendants Counsel, by first-class mail on this 27 day of August, 2014.

Magaret A. Rubino
One Keefe Road
Acton, MA 01720


Andrea E. Zoia
200 State Street
Boston, NA 02109-2605


Helen Kazanjian
One Ashburton Place, 18th Fl.
Boston, MA 02108


/s/

Branden E. Mattier, pro se
P.O. Box 100
S. Walpole, MA 02071